UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TILLMAN, ET AL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 13-4731 |
| | * | |
| WOLDENBERG VILLAGE, INC., ET AL | * | SECTION "L" (2) |

## ORDER & REASONS

Pending before the Court is a motion to dismiss filed by Defendant Morton Grove Pharmaceuticals, Inc., (Rec. Doc. 119), and a motion for summary judgment filed by Defendant Actavis, Inc. (Rec. Doc. 117). No memorandum in opposition has been filed in response to either of these two motions. Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed eight days prior to the noticed submission date of the motion.

Accordingly, these motions are deemed to be unopposed, and furthermore, it appearing to the Court that the motions are grounded in law and fact, IT IS ORDERED that these motions are hereby GRANTED. (Rec. Docs. 117, 119).

New Orleans, Louisiana, this 20th day of March, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1